**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ARCLIGHTZ AND FILMS PVT. LTD
and ENZO PICTURES, LTD.

versus

VIJENDRA SHETH, a/k/a VIJAY SETH
a/k/a "VIJAY," Individually, and d/b/a "VIJAY
VIDEO," ET AL.

CIVIL ACTION NO. 01-7643

JUDGE DONALD E. WALTER

MAGISTRATE JUDGE GOLD

---

## O R D E R

It has come to the Court's attention that the Report and Recommendation [Doc. #158] issued on February 15, 2006, recommending that this Court grant counsel's motion to be relieved as attorney for defendants Vijendra Sheth, Vijay Video, Inc., Deepak Pamnani and Meena Pamnani remains outstanding.

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, no objections having been filed and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that counsel's motion to be relieved as attorney for Vijendra Sheth, Vijay Video, Inc., Deepak Pamnani and Meena Pamnani be and is hereby **GRANTED.**

Based on the record in this case, the Court understands that the parties have been functioning in accordance with the Report and Recommendation [Doc. #158] so this Order should not adversely affect the parties. If the effect of this Order is more than administrative, the parties shall so advise

the Court on or before **Monday, March 12, 2007.**

      **THUS DONE AND SIGNED,** in Shreveport, Louisiana, this _3_ day of March, 2007.